

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00473-CV

**WELLS FARGO BANK, N.A.**,
Appellant

v.

Jennifer **SILBERBERG**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-16783
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: May 21, 2025

DISMISSED FOR WANT OF JURISDICTION

On March 15, 2024, the trial court signed a final, appealable order. A notice of appeal was due April 14, 2024, and a motion for extension of time to file a notice of appeal was due on April 29, 2024. *See* TEX. R. APP. P. 26.1, 26.3. Appellant filed its notice of appeal July 12, 2024—119 days after the judgment was signed, and never filed a motion for extension.

On April 21, 2025, we ordered Appellant to show cause in writing by May 6, 2025, why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 10.5(b) (requirements for a motion for extension of time); *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668,

670 (Tex. 1989) (reasonable explanation); TEX. R. APP. P. 42.3(a) (dismissal for want of jurisdiction). We warned Appellant that if it failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c) (dismissal for failure to comply with court order).

To date, Appellant has not filed any response to our April 21, 2025 order.

Appellant failed to provide a reasonable explanation for failing to timely file a notice of appeal; Appellant has not complied with Rule 26.3. See TEX. R. APP. P. 26.3(b); *Verburgt*, 959 S.W.2d at 617. Thus, Appellant's notice of appeal was not timely filed, and he has failed to invoke this court's appellate jurisdiction. *See Schmidt Land Servs., Inc. v. Ashworth*, No. 04-16-00203-CV, 2016 WL 3031049, at *1 (Tex. App.—San Antonio May 25, 2016, no pet.) (mem. op.); *Hernandez v. Rimkus Consulting Grp., Inc.*, No. 01-11-00100-CV, 2011 WL 1900062, at *1 (Tex. App.—Houston [1st Dist.] May 5, 2011, no pet.) (mem. op.). We dismiss this appeal for want of jurisdiction. See TEX. R. APP. P. 42.3(a).

PER CURIAM